## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
**********************************************

JAMIL S. BAHOURA,

    Plaintiff,

v.

NATIONAL TRANSPORTATION, INC.,
a foreign corporation, and
SHAWN B. HAWDON

    Defendants.

Case No. 05-CV-71781
Hon. Victoria A. Roberts

_____

| | |
|---|---|
| Michael J. Golding (P 30186) | Richard E. Holmes, Jr. (P42114) |
| Attorney for Plaintiff | Kelly M. Kluting (P61028) |
| 24750 Lahser | **GARAN LUCOW MILLER, P.C.** |
| Southfield, MI 48034 | Attorneys for Defendant National |
| Telephone: (248) 352-5444 |   Transportation, Inc. |
| | 300 Ottawa Avenue, NW, 8th Floor |
| | Grand Rapids, MI 49503 |
| | Telephone: (616) 742-5500 |

_____

### ORDER OF DISMISSAL

    At a session of said Court held in the City of Detroit, County Wayne, State of Michigan this 15th day of March, 2005.

**PRESENT:   HON. VICTORIA A. ROBERTS**
                      **U.S. DISTRICT COURT**

    IT IS ORDERED that this matter may be dismissed with prejudice and without costs to either party pursuant to stipulation of the parties, previously filed in this matter. This is the final Order to be entered dismissing this case.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: March 15, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 15, 2006.

S/Carol A. Pinegar
Deputy Clerk